United States District Court
Southern District of Texas
FILED

**MAR 2 8 2000**

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| CARMEN LEYVA | § | |
| Plaintiff | § | |
| | § | CIVIL ACTION NO. **B - 00 - 045** |
| vs. | § | (COURT UNIT OF JUDGE _____) |
| | § | |
| CROSS OIL REFINERY & MARKETING | § | |
| CO., INC. and DANNY McCONNATHY | § | |
| Defendants | § | |

# DEFENDANT'S NOTICE OF REMOVAL

DEFENDANTS CROSS OIL REFINERY & MARKETING CO., INC. ("Cross Oil Refinery") and DANNY McCONNATHY file this notice of removal under FED.R.CIV.P. 81(c).

# I. INTRODUCTION

1.    Plaintiff Carmen Leyva filed suit in the 197th Judicial District Court of Cameron County, Texas under Cause No. 2000-03-1019-C, styled *Carmen Leyva v. Cross Oil Refinery & Marketing Co., Inc. and Danny McConnathy.*

2.    Defendants were served with citation and formal notice of the suit on or about March 14, 2000.

3.    Defendants have timely filed this notice of removal within the 30-day time period prescribed in *28 U.S.C. § 1446(b).*

# II. NATURE OF THE SUIT

In Plaintiff's Original Complaint, attached as Exhibit "A", Plaintiff has alleged violations of (1) the Texas Commission on Human Rights Act, TEX.LABOR CODE §§ 21.001 *et seq.* ("TCHRA"); (2) common law tortious interference with a contract; (3) common law breach of contract; and (4) common law intentional infliction of emotional distress.  Plaintiff has alleged that she is entitled to

recover damages for breach of contract, actual damages for lost earnings and diminished earning capacity, back pay, lost future earnings, front pay, past and future mental anguish, attorney's fees pursuant to the TCHRA, and exemplary damages.

Plaintiff has sued as Defendants her former employer, Defendant Cross Oil Refinery, which is a corporation with its principal place of business in Smackover, Arkansas (incorporated under the laws of Delaware), and an employee of Cross Oil Refinery, Mr. Danny McConnathy, identified as a citizen of Arkansas.

## III. BASIS FOR REMOVAL

1.    Removal is proper in this Court.

2.    On the face of the operative Petition, Plaintiff's suit involves a claim by a Texas citizen against citizens of Arkansas.

3.    On the face of the operative Petition, Plaintiff has asserted claims which for jurisdictional purposes entail potential recovery far in excess of $75,000.00, combining the back pay, compensatory damages, punitive damages and attorney's fees sought to be recovered. *E.g., De Aguilar v. Boeing Co.*, 47 F.3d 1404 (5th Cir. 1995).

## IV. JURY DEMAND

Plaintiff attached to the Complaint a demand for a jury in the state court action.

## V. NOTICE OF REMOVAL PROCEDURALLY CORRECT

1.    Defendants' notice of removal is procedurally correct.

2.    Defendants Cross Oil Refinery & Marketing Co., Inc. ("Cross Oil Refinery") and Danny McConnathy are the only Defendants in this case.

3.     Defendants have attached to this Notice all pleadings, process, orders, and all other filings in the state court action, as required by *28 U.S.C. § 1446(a)*.

4.     Defendants have met the requirements of *28 U.S.C. § 1446* because the case involves citizens of diverse states where the amount in controversy exceeds the jurisdictional minimum and the district court has original jurisdiction over such claims.

5.     Venue is proper in this district under *28 U.S.C. § 1441(a)* because this district and division embrace the place in which the removed action has been pending.

6.     Defendants will promptly file a copy of this notice of removal with the clerk of the state court in which the action has been pending.

DATED this _27th_ day of March, 2000.

Respectfully submitted,

JACKSON & WALKER, L.L.P.

LIONEL M. SCHOOLER (17803300)
RICHARD GRIFFIN(08473520)
1100 Louisiana St., Suite 4200
Houston, Texas 77002
(713) 752-4200
(731) 752-4221 (fax)

ATTORNEYS FOR DEFENDANT CROSS OIL REFINERY & MARKETING CO., INC.

# CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Defendants' Notice of Removal has been served upon counsel for Plaintiff Carmen Leyva, Mr. Miguel Salinas (17534750), Garza & Salinas, L.L.P., 680 E. St. Charles St., Suite 110, Brownsville, Texas 78520, by hand delivery, certified mail, return receipt requested, Federal Express and/or facsimile transmission, on this __27th__ day of March, 2000.

*Lionel M. Schooler*

LIONEL M. SCHOOLER