

United States District Court
Southern District of Texas

**MAR 2 8 2000**

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| CARMEN LEYVA | § | |
| Plaintiff | § | |
| | § | **B-00-045** |
| vs. | § | |
| | § | CIVIL ACTION NO. _____ |
| | § | (COURT UNIT OF JUDGE _____) |
| CROSS OIL REFINERY & MARKETING | § | |
| CO., INC. and DANNY McCONNATHY | § | |
| Defendants | § | |

## DEFENDANTS' ORIGINAL ANSWER

DEFENDANTS CROSS OIL REFINERY & MARKETING CO., INC. ("Cross Oil Refinery") and DANNY McCONNATHY file this Original Answer and Defenses to the Plaintiff's Original Petition ("Complaint") pursuant to FED.R.CIV.P. 12(b).[1]

# ORIGINAL ANSWER

## I.

No response is required to this Paragraph of the Complaint.

## II. PARTIES

1.    No response is required to this Paragraph of the Complaint.

2.    Defendant Cross Oil Refinery & Marketing Co., Inc. ("Cross Oil") is a Delaware corporation with its principal place of business in Smackover, Union County, Arkansas.

3.    Defendant Danny McConnathy is an individual who is a citizen of Arkansas working in Smackover, Union County, Arkansas.

4.    Defendants do not challenge the service of citation.

---

[1] In filing this Answer, Defendants will adhere (to the extent possible) to the paragraph numbering and headings utilized by Plaintiff in her Original Petition ("Complaint").

CMPDF - www.fasio.com

5.    Defendants do not dispute that venue is proper in this District and Division.

## III. FACTUAL ALLEGATIONS

1.    Defendant Cross Oil admits that Plaintiff was hired by it.  Otherwise, Defendant Cross Oil denies the allegations of the first paragraph of Part III.  Defendant McConnathy denies the allegations of the first paragraph of Part III.

2.    Both Defendants deny the allegations of the second paragraph of Part III.

3.    Both Defendants deny the allegations of the third paragraph of Part III.

## IV. ADMINISTRATIVE PROCEDURES

Defendant Cross Oil admits receiving notice of an administrative proceeding from the Texas Commission on Human Rights.  Otherwise, Defendants are without sufficient information to admit or deny the allegations of this Paragraph, and therefore must deny the same.

## V. TEXAS COMMISSION ON HUMAN RIGHTS (sic)[2]

1.    No response is required to the first Paragraph of Part V.

2.    Defendant Cross Oil admits that it has more than 15 employees.  Otherwise, Defendant Cross Oil denies the allegations of the second paragraph of Part V.  Defendant McConnathy denies the allegations of the second paragraph of Part V.

3.    Both Defendants deny the allegations of the third paragraph of Part V.

## VI. SEX DISCRIMINATION

1.    Both Defendants deny the allegations of the first Paragraph of Part VI.[3]

---

[2] Defendants presume that reference in this heading should be to the Texas Commission on Human Rights Act.

[3] Plaintiff refers to "Article 5221k" in Part VI in attempting to invoke a claim under the TCHRA. That statute has been repealed.  The TCHRA is now codified in Chapter 21 of the Texas Labor Code.

2.      Both Defendants deny the allegations of the second Paragraph of Part VI, except that Defendant Cross Oil admits having more than 15 employees.

3.      Both Defendants deny the allegations of the third Paragraph of Part VI.

## VII. TORTIOUS INTERFERENCE WITH A CONTRACT

Both Defendants deny the allegations of Part VII of the Complaint.

## VIII. FRAUD

Both Defendants deny the allegations of Part VIII of the Complaint.

## IX. BREACH OF CONTRACT

Both Defendants deny the allegations of Part IX of the Complaint.

## X. INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS

Both Defendants deny the allegations of Part X of the Complaint.

## XI. EXCLUSION OF FEDERAL CLAIMS

No response is required to this Part of the Complaint.

## XII. ACTUAL DAMAGES

Both Defendants deny that Plaintiff is entitled to recover any damages for lost earnings, diminished earning capacity, past and future mental anguish or attorney's fees.

## XIII. PUNITIVE DAMAGES

Both Defendants deny that Plaintiff is entitled to recover any punitive damages .

# AFFIRMATIVE DEFENSES

Pleading further, if further pleading be necessary, and without waiving the foregoing, Defendants assert the following affirmative defenses, pursuant to the provisions of FED.R.CIV.P. 8, 9 and 12.

1.     Defendants assert the defense of failure to plead fraud with particularity as required by FED.R.CIV.P. 9.

2.     Defendants assert the defense of failure to state a claim upon which relief can be granted, as required by FED.R.CIV.P. 12(b)(6), as to Plaintiff's claims of tortious interference with a contract and intentional infliction of emotional distress.

3.     Defendant McConnathy asserts the defense of failure to state a claim upon which relief can be granted, as required by FED.R.CIV.P. 12(b)(6), as to Plaintiff's claims of alleged violation of the TCHRA.  He cannot be individually liable under such statute.

4.     Defendant McConnathy asserts the defense of failure to state a claim upon which relief can be granted, as required by FED.R.CIV.P. 12(b)(6), as to Plaintiff's state law claims. Defendant McConnathy did not have any direct contractual relationship with Plaintiff, nor did he undertake any action in an individual capacity concerning Plaintiff or her employment relationship, which was exclusively with Defendant Cross Oil.

5.     Defendant Cross Oil asserts the defense of the statute of frauds, and/or lack of consideration, or failure of consideration, or alternatively, failure to state a claim, concerning Plaintiff's breach of contract claim.  Plaintiff was an at-will employee whose employment was terminable at will.

These Defendants reserve the right to plead further defenses as necessary.

DATED this  27th  day of March, 2000.

ChMPDF - www.fastio.com

Respectfully submitted,

JACKSON & WALKER, L.L.P.

*Lionel M. Schooler*
_____
LIONEL M. SCHOOLER (17803300)
RICHARD GRIFFIN(08473520)
1100 Louisiana St., Suite 4200
Houston, Texas 77002
(713) 752-4200
(731) 752-4221 (fax)

ATTORNEYS FOR DEFENDANT CROSS
OIL REFINERY & MARKETING CO.,
INC.

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Defendants' Original Answer has been served upon counsel for Plaintiff Carmen Leyva, Mr. Miguel Salinas (17534750), Esq., Garza & Salinas, L.L.P., 680 E. St. Charles St., Suite 110, Brownsville, Texas 78520, by hand delivery, certified mail, return receipt requested, Federal Express and/or facsimile transmission, on this 27th day of March, 2000.

*Lionel M. Schooler*
_____
LIONEL M. SCHOOLER