# Civil Teleconference Minutes

United States District Court
Southern District of Texas
FILED

JUN 2 8 2001

Michael N. Milby, Clerk of Court

| | |
|---|---|
| JUDGE | Hilda G. Tagle |
| CASE MANAGER | Stella Cavazos |
| LAW CLERK | ■ Fajardo   ☐ Koerner |
| DATE | 6 / 28 / 2001 |
| TIME | 10:00 a.m.   —   10:15 a.m. |
| CIVIL ACTION | B — 00 — 045 |
| STYLE | Carmen Leyva *versus* Cross Oil Refinery, et al. |

DOCKET ENTRY

(HGT)   ■ Teleconference   ☐ Bench or ■ Jury Trial   (Rptr. Breck Record)

Miguel Salinas       for   Plaintiff

Lonnie Schooler      for   Defendant

■   Argument heard on:   ☐ all pending motions;   ■ these topics:

Sanctions imposed by the Court on June 18, 2001

■   Rulings rendered on:

The Court **RESCINDED** its order to sanction Defense counsel in the amount of $2,500.

■   Comments:

Defense counsel received a Right to Sue Letter from the EEOC, but had only received a Questionnaire from the Texas Commission on Human Rights, and not a TCHR Right to Sue Letter. Plaintiff's counsel said that he always attached the TCHR Right to Sue Letter to his petitions in state court, but it must have been inadvertently left out this time. He assumed that (1) the TCHR Right to Sue Letter was available to Defendant because he attached it to the state court petition, and (2) the TCHR sent a copy of the Right to Sue Letter to the Defendant. The Court recognized that there is new caselaw which states the importance of having the TCHR Right to Sue Letter, in addition to the EEOC letter, for federal jurisdiction, but since it is new caselaw, the Court wanted to give Plaintiff's counsel the benefit of the doubt. Therefore, the Court **RESCINDED** the $2,500 sanction.