IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

APR 2 8 2000

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| CARMEN LEYVA | § | |
| Plaintiff | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. B-00-045 |
| | § | (COURT UNIT OF JUDGE TAGLE) |
| CROSS OIL REFINERY & MARKETING | § | |
| CO., INC. and DENNY McCONNATHY | § | |
| Defendants | § | |

## DEFENDANTS' NOTICE OF INTERESTED PARTIES

DEFENDANTS CROSS OIL REFINERY & MARKETING CO., INC. and DENNY McCONNATHY file this Notice of Interested Parties pursuant to the Court's Scheduling Order:

a. Defendant Cross Oil Refinery & Marketing Co., Inc. is a Delaware corporation with its principal place of business in Smackover, Union County, Arkansas, which is wholly owned by Denny McConnathy.

b. Defendant Denny McConnathy is an individual who resides in Smackover, Union County, Arkansas.

c. Counsel for these parties, Jackson Walker L.L.P., is a Texas limited liability partnership with its principal office in Dallas, Texas, and maintaining offices in Houston, Fort Worth, San Antonio, Austin and San Angelo. Lead counsel Lionel M. Schooler, Esq., is a partner in the firm.

DATED this 26th day of April, 2000.

Respectfully submitted,

JACKSON & WALKER, L.L.P.

_Lionel M. Schooler_

LIONEL M. SCHOOLER (17803300)
1100 Louisiana St., Suite 4200
Houston, Texas 77002
(713) 752-4200
(731) 752-4221 (fax)

ATTORNEYS FOR DEFENDANTS

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Defendants' Notice of Interested Parties has been served upon counsel for Plaintiff Carmen Leyva, Mr. Miguel Salinas, Esq. (17534750), Garza & Salinas, L.L.P., 680 E. St. Charles St., Suite 110, Brownsville, Texas 78520, by hand delivery, certified mail, return receipt requested, Federal Express and/or facsimile transmission, on this 26th day of April, 2000.

_Lionel M. Schooler_

LIONEL M. SCHOOLER

2441482.1:100392.46                                       2