IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| CARMEN LEYVA <br>     Plaintiff <br><br> vs. <br><br> CROSS OIL REFINERY & MARKETING <br> CO., INC., and DENNY McCONNATHY <br>     Defendant | § § § § § § § § § <br><br> CIVIL ACTION NO. B-00-045 <br> (COURT UNIT OF JUDGE TAGLE) |

## PLAINTIFF'S NOTICE OF INTERESTED PARTIES

Plaintiff, CARMEN LEYVA, files this Notice of Interested Parties pursuant to the Court's Scheduling Order:

    a.    Plaintiff, CARMEN LEYVA is a resident of Harlingen, Cameron County, Texas.

    b.    Counsel for Plaintiff is MIGUEL SALINAS, a partner in the law firm of GARZA & SALINAS, L.L.P., located in Brownsville, Cameron County, Texas

DATED this __20th__ day of June, 2000