9

UNITED STATES DISTRICT COURT        SOUTHERN DISTRICT OF TEXAS

Leyva
versus
Cross Oil Refinery et al.
§
§
§
§
§

CIVIL ACTION B- 00-45

United States District Court
Southern District of Texas
ENTERED
JUL 11 2000
Michael N. Milby, Clerk of Court
By Deputy Clerk _____

Scheduling Order

1. Trial: Estimated time to try: __5__ days.         ☐ Bench   ☒ Jury

2. New parties must be joined by:                    August 31, 2000

   *Furnish a copy of this scheduling order to new parties.*

3. The plaintiff's experts will be named with a report furnished by:   Dec 15, 2000

4. The defendant's experts must be named with a report furnished within 30 days of the deposition of the plaintiff's expert.

5. Discovery must be completed by:                   March 30, 2001

   *Counsel may agree to continue discovery beyond the deadline, but there will be no intervention by the court. No continuance will be granted because of information acquired in post-deadline discovery.*

************************* The court will provide these dates. *************************

6. Dispositive Motions will be filed by:             4-20-01

7. Joint pretrial order is due:                      8-23-01

   *The plaintiff is responsible for filing the pretrial order on time.*

8. Docket Call and final pretrial conference is set for 1:30 p.m. on:   9-6-01

9. Jury Selection is set for 9:00 a.m. on: (Sept)    9-10-01

The case will remain on standby until tried.

Signed _July 5_____, 2000, at Brownsville, Texas.

                                                 Hilda Tagle
                                                 Hilda G. Tagle
                                                 United States District Judge