IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| CARMEN LEYVA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-00-45 |
| | § | |
| CROSS OIL REFINERY | § | |
| AND MARKETING CO., INC.; | § | |
| And DANNY MCCONNATHY, | § | |
| | § | |
| Defendants. | § | |

## ORDER

BE IT REMEMBERED that on July 28, 2000, the Court considered Defendant McConnathy's motion to dismiss (Dkt. No. 7) and Defendants' motion for more definite statement (Dkt. No. 8).

1. On June 27, 2000, Defendant McConnathy filed a motion to dismiss. The response deadline was July 17, 2000. Plaintiff has not responded. Local Rule 6E states that a "[f]ailure to respond will be taken as a representation of no opposition." Defendant McConnathy's motion to dismiss (Dkt. No. 7) is GRANTED.

2. Defendants' motion for more definite statement (Dkt. No. 8) is GRANTED. Plaintiff will amend her complaint no later than September 1, 2000.

DONE at Brownsville, Texas, this ___28___ day of July 2000.

_____
Hilda G. Tagle
United States District Judge