United States District Court
Southern District of Texas
FILED

AUG 0 7 2000

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| CARMEN LEYVA | § | |
|    Plaintiff | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. 00-45 |
| | § | (COURT UNIT OF JUDGE TAGLE) |
| CROSS OIL REFINERY & MARKETING | § | |
| CO., INC. and DANNY McCONNATHY | § | |
|    Defendants | § | |

## DEFENDANTS' RULE 26(a) DISCLOSURES

TO: PLAINTIFF CARMEN LEYVA, by and through her counsel of record, Mr. Miguel Salinas (17534750), Esq., Garza & Salinas, L.L.P., 680 E. St. Charles St., Suite 110, Brownsville, Texas 78520.

DEFENDANTS CROSS OIL REFINERY & MARKETING CO., INC. ("Cross Oil") and DANNY McCONATHY make the following disclosures[1] pursuant to FED. R. CIV. P. 26(a)(1):[2]

I.

Pursuant to Rule 26(a)(1)(A), Cross Oil states that the following individuals are likely to have discoverable information relevant to disputed facts alleged with particularity in the pleadings:

Mr. Denny E. McConathy, President
Mr. Billy Neal, Executive Vice President
Mr. Tom Moore, (former) Vice President
Plaintiff Carmen Leyva
Mr. Sergio Moreno, Sales Manager

---

[1] The Court has now granted Defendants' Motion for More Definite Statement, requiring Plaintiff to plead with more specificity her claims in this lawsuit. Defendant therefore reserves the right to supplement these Disclosures, as appropriate, following re-pleading by Plaintiff.

[2] At the time these Disclosures were drafted, Defendant McCONATHY had pending before the court a Motion to Dismiss. The Court has now granted this Motion. As a result, the information being furnished in these Disclosures is by (and pertains solely to) Defendant Cross Oil, the remaining Defendant.

Mr. McConathy and Mr. Neal office at the Cross Oil headquarters: 484 East 6th St., Smackover, Arkansas 71762. Mr. Moore is no longer employed by the company. Mr. Moreno is employed with Cross Oil in the Brownsville area.

Mr. Moore negotiated and signed with Plaintiff the August 18, 1998, letter agreement confirming her employment. Mr. Moore, Mr. McConathy and Mr. Neal are aware of the circumstances of the hiring of Plaintiff, together with her job assignments, the caliber of her work, and the termination of her employment. Mr. Moreno was hired for a different position with the company after Plaintiff's employment terminated.

The following individuals are likely to have knowledge concerning Plaintiff's alleged damages:

Plaintiff Carmen Leyva

Any subsequent employer of Ms. Leyva.

The above designated individuals who are (or were) employed by the Company are aware of the payments made to Plaintiff when she departed the Company's employment.

II.

Pursuant to Rule 26(a)(1)(B), the following is a description of the category and location of documents, data compilations and tangible things that may be relevant to disputed facts:

*See* Chart attached as Attachment "A".

III.

Cross Oil is aware of an insurance agreement with Chubb Group which may be applicable to this claim (coverage has not yet been accepted without reserve).

IV.

Pursuant to Rule 26 of the Federal Rules of Civil Procedure and Rule 501 of the Federal Rules of Evidence, Defendant is withholding all correspondence between it and its attorneys, and

all documents, data compilations, and tangible things created by Defendant, its attorneys, or agents in anticipation of litigation.

DATED this 4th day of August, 2000.

Respectfully submitted,

JACKSON & WALKER, L.L.P.

*Lionel M. Schooler*
LIONEL M. SCHOOLER (17803300) #726
RICHARD GRIFFIN(08473520) Fed. I.D. 12880
1100 Louisiana St., Suite 4200
Houston, Texas 77002
(713) 752-4200
(731) 752-4221 (fax)

ATTORNEYS FOR DEFENDANTS
CROSS OIL REFINERY & MARKETING
CO., INC. and DENNY McCONATHY

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Defendants' Rule 26 Disclosures has been served upon counsel for Plaintiff Carmen Leyva, Mr. Miguel Salinas (17534750), Esq., Garza & Salinas, L.L.P., 680 E. St. Charles St., Suite 110, Brownsville, Texas 78520, by hand delivery, certified mail, return receipt requested, Federal Express and/or facsimile transmission, on this 4th day of August, 2000.

*Lionel M. Schooler*
LIONEL M. SCHOOLER