14

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

SEP 21 2000

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| CARMEN LEYVA | § | |
|    Plaintiff | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. 00-45 |
| | § | (COURT UNIT OF JUDGE TAGLE) |
| CROSS OIL REFINERY & MARKETING | § | |
| CO., INC. | § | |
|    Defendant | § | |

# DEFENDANT'S MOTION TO DISMISS FRAUD CLAIMS OR, ALTERNATIVELY, TO COMPEL COMPLIANCE WITH COURT ORDER REQUIRING MORE DEFINITE STATEMENT

DEFENDANT CROSS OIL REFINERY & MARKETING CO., INC. ("Cross Oil") files this Motion to Dismiss Fraud Claims or, Alternatively, to Compel Compliance with Court Order Requiring More Definite Statement ("Motion"), subject to its Motion to Dismiss for Failure to Comply with Rule 26 being filed contemporaneously herewith, as follows:

I.

1. Plaintiff has asserted a cause of action against Defendants for fraud.[1]

2. However, as alleged by Defendant previously in its Motion for More Definite

---

[1] Plaintiff alleges in Part VIII. of her Petition as follows:

"VIII. <u>FRAUD</u>

The actions of the Defendants constitutes Fraud. By their actions, Defendants induced Plaintiff into leaving her previous employment in exchange for the promise of continued employment and then breaching that promise by terminating the Plaintiff after she had established marketing contacts for the company."

2521466.3:107753 1                                1

Statement, Plaintiff failed to comply with the requirements of FED.R.CIV.P. 9(b).

3.   This Court held, in its Order dated on or about July 28, 2000 ("July 28 Order"), that the Motion for More Definite Statement was granted, and that Plaintiff was required **by September 1, 2000,** to re-plead, conforming her fraud allegations to the requirements of Rule 9(b), or otherwise risk dismissal of such fraud claims.

4.   As of the date of this Motion, September 20, 2000, Plaintiff has failed to comply with the Order.

5.   Defendant therefore contends that Plaintiffs' fraud claims should be dismissed.

6.   Alternatively, and without waiving the foregoing, Defendant contends that Plaintiff should be required to comply with the July 28 Order, and that Defendant should be awarded reasonable attorney's fees for having had to prosecute this Motion.[2]

WHEREFORE, PREMISES CONSIDERED, DEFENDANT CROSS OIL REFINERY & MARKETING CO., INC. prays that its Motion for More Definite Statement be granted, that Plaintiff be required to re-plead her fraud claims in conformity with FED.R.CIV.P. 9(b) or, alternatively, that such claims be dismissed for failure to comply with the July 28 Order, and that Defendant recover reasonable attorney's fees for having had to file this Motion, and for such other relief as to which it may show itself to be justly entitled.

DATED this 20th day of September, 2000.

---

[2] Defendant has previously contended to the Court that Plaintiff's employment relationship with was "at will." Defendant further contends that an at-will employee is barred from bringing a cause of action for fraud against his employer based upon the employer's decision to discharge the employee. *Leach v. Conoco, Inc.,* 892 S.W.2d 954, 961 (Tex. App.--Houston [1st Dist.] 1995, writ dism'd w.o.j.); *accord Molder v. Southwestern Bell Tel. Co.,* 665 S.W.2d 175, 177 (Tex. App.--Houston [1st Dist.] 1983, writ ref'd n.r.e.). Defendant therefore contends that such fraud claim must be dismissed for this additional reason.

2521466 3 107753 1                                                  2

Respectfully submitted,

JACKSON WALKER, L.L.P.

*Lionel M. Schooler*
LIONEL M. SCHOOLER (17803300)
RICHARD GRIFFIN (08473520)
1100 Louisiana St., Suite 4200
Houston, Texas 77002
(713) 752-4200
(731) 752-4221 (fax)

ATTORNEYS FOR DEFENDANT CROSS OIL REFINERY & MARKETING CO., INC.

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Defendants' Motion to Compel Compliance with July 28 Order has been served upon counsel for Plaintiff Carmen Leyva, Mr. Miguel Salinas (17534750), Esq., Garza & Salinas, L.L.P., 680 E. St. Charles St., Suite 110, Brownsville, Texas 78520, by hand delivery, certified mail, return receipt requested, Federal Express and/or facsimile transmission, on this 20th day of September, 2000.

*Lionel M. Schooler*
LIONEL M. SCHOOLER