18

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

SEP 25 2000

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| CARMEN LEYVA | § | |
|    Plaintiff | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. 00-45 |
| | § | (COURT UNIT OF JUDGE TAGLE) |
| CROSS OIL REFINERY & MARKETING | § | |
| CO., INC. | § | |
|    Defendant | § | |

# DEFENDANT'S MOTION TO DISMISS FOR FAILURE TO COMPLY WITH RULE 26 OR, ALTERNATIVELY, MOTION TO COMPEL RULE 26 DISCLOSURES

DEFENDANT CROSS OIL REFINERY & MARKETING CO., INC. ("Cross Oil") files this Motion to Dismiss for Failure to Comply with Rule 26 or, Alternatively, to Compel Rule 26 Disclosures ("Motion") as follows:

## I. RULE 26 DISCLOSURES

1.    FED.R.CIV.P. 26(a) requires each party to make the enumerated disclosures described in the Rule within ten (10) days after the meeting of the parties prescribed by FED.R.CIV.P. 26(f).

2.    The parties in this case conferred through their counsel in mid-June, 2000, and filed with the Court their Joint Case Management Plan as a prelude to their participation in a Scheduling Conference which was conducted by the Court on or about June 28, 2000.

3.    Defendant Cross Oil[1] filed its Disclosures within five (5) days after receiving the Court's Order granting dismissal of Defendant McConnathy.

---

[1] The Court granted Defendant McConnathy's motion to dismiss; thus only one Defendant remains.

2525898 1 107753 1

1

4. To date, Plaintiff has failed to file her Disclosures or otherwise comply with the requirements of FED.R.CIV.P. 26(a).

5. This failure, along with the failure identified in the companion motion filed contemporaneously, about failing to comply with this Court's July 28 Order, has impeded Defendant's preparation of this case for trial and/or dispositive motions, and Defendant has had to incur attorney's fees prosecuting this Motion.

6. FED.R.CIV.P. 37(c)(1) states that in the event of noncompliance with Rule 26(a), a Court may, in addition to precluding the offending party's use of the non-disclosed information at trial, "impose other appropriate sanctions. In addition to requiring payment of reasonable expenses, including attorney's fees, caused by the failure, these sanctions may include any of the actions authorized under subparagraphs (A), (B), and (C) of subdivision (b)(2) of this rule." Subparagraph (C) of FED.R.CIV.P. 37(b)(2) explicitly allows for dismissal of the complaint. *See O'Neill v. Agwi Lines*, 74 F.3d 93 (5th Cir. 1996).[2]

7. Defendant therefore respectfully submits that the Motion should be granted and the case dismissed, or for entry of such other sanction as the Court deems appropriate.

WHEREFORE, PREMISES CONSIDERED, DEFENDANT CROSS OIL REFINERY & MARKETING CO., INC. prays that its Motion to Dismiss be granted, that the case be dismissed for failure to comply with FED.R.CIV.P. 26(a), pursuant to the provisions of FED.R.CIV.P. 37, or that appropriate sanctions be awarded, including but not limited to Defendant's attorney's fees for having had to prosecute this Motion, and for such other relief as to which it may show itself to be justly entitled.

---

[2] *Cf. Qualls v. Widnall*, ____ F.3d ____, 2000 U.S. App. LEXIS 15444 (7th Cir. June 27, 2000).

DATED this 22nd day of September, 2000.

Respectfully submitted,

JACKSON WALKER, L.L.P.

_____
LIONEL M. SCHOOLER (17803300)
Federal Bar: 726
RICHARD GRIFFIN(08473520)
Federal Bar: 12880
1100 Louisiana St., Suite 4200
Houston, Texas 77002
(713) 752-4200
(731) 752-4221 (fax)

ATTORNEYS FOR DEFENDANT CROSS OIL REFINERY & MARKETING CO., INC.

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Defendants' Motion to Dismiss for Failure To Comply with Rule 26(a) has been served upon counsel for Plaintiff Carmen Leyva, Mr. Miguel Salinas (17534750), Esq., Garza & Salinas, L.L.P., 680 E. St. Charles St., Suite 110, Brownsville, Texas 78520, by hand delivery, certified mail, return receipt requested, Federal Express and/or facsimile transmission, on this 22nd day of September, 2000.

_____
LIONEL M. SCHOOLER