20

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION



United States District Court
Southern District of Texas
ENTERED

OCT 1 8 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| CARMEN LEYVA, | § |
| Plaintiff, | § |
| v. | § CIVIL ACTION NO. B-00-45 |
| CROSS OIL REFINERY AND MARKETING CO., INC. | § |
| Defendant. | § |

## ORDER

BE IT REMEMBERED that on October 17, 2000, the Court considered Defendant's Motion to Dismiss for Failure to Comply with Rule 26 or Alternatively, Motion to Compel Rule 26 Disclosures [Dkt. No. 18] and Motion to Dismiss Fraud Claims or Alternatively, to Compel Compliance with Court Order Requiring More Definite Statement [Dkt. No. 19].

1. The parties stipulated in their Joint Report and Joint Case Management Plan to make initial disclosures within 30 days of the submission of the plan. [Dkt. No. 6]. The plan was filed on June 21, 2000, making the operative date for submission of initial disclosures July 21, 2000. Although Defendant itself submitted its initial disclosures beyond the deadline, Plaintiff has not filed any disclosures to date. Therefore, the Plaintiff is **ORDERED** to submit its initial disclosures within ten (10) days of the entry of this order; otherwise, the Court will not hesitate to consider a motion for sanctions.

2. Plaintiff filed her first Amended Complaint on August 31, 2000 [Dkt. No. 13] in compliance with the Court's July 28, 2000 order [Dkt. No. 11]. She omitted the fraud claim; therefore, D's Motion to Dismiss Fraud Claims or

Alternatively, to Compel Compliance with Court Order Requiring More Definite Statement [Dkt. No. 19] is **MOOT**.

DONE at Brownsville, Texas, this 17th day of October 2000.

_____
Hilda G. Tagle
United States District Judge