IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| CARMEN LEYVA | § | |
|     Plaintiff | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. 00-45 |
| | § | (COURT UNIT OF JUDGE TAGLE) |
| CROSS OIL REFINERY & MARKETING | § | |
| CO., INC. | § | |
|     Defendant | § | |

United States District Court
Southern District of Texas
FILED

OCT 2 0 2000

Michael N. Milby
Clerk of Court

## DEFENDANT'S REPLY TO COURT'S RULING ON DEFENDANT'S MOTION TO DISMISS FRAUD CLAIMS

DEFENDANT CROSS OIL REFINERY & MARKETING CO., INC. ("Cross Oil") files this Reply to the Court's Ruling of October 18, 2000 ("October 18 Order") on Defendant's Motion to Dismiss Fraud Claims ("Motion") as follows:

1. The October 18 Order indicates that the Motion is "moot" because Plaintiff filed a "First Amended Complaint on August 31, 2000" in compliance with the Court's July 28, 2000 Order, omitting any fraud claim.

2. Cross Oil apologizes to the Court for having filed its Motion and for being unaware of the "mootness" issue; however, **Cross Oil was not aware until receiving the October 18 Order that any such First Amended Complaint had been filed by Plaintiff.**[1]

DATED this 18th day of October, 2000.

---

[1] Undersigned counsel has reviewed the file maintained by his law firm on this matter, together with all mail logged in at about the time of the filing of this Complaint, and has found no indication that any such pleading was ever served upon undersigned counsel by counsel for Plaintiff.

2543366.1:107753.1                     1

Respectfully submitted,

JACKSON WALKER, L.L.P.

*Lionel M. Schooler*
_____
LIONEL M. SCHOOLER (17803300)
Federal Bar No.: 726
RICHARD GRIFFIN(08473520)
Federal Bar No.: 12880
1100 Louisiana St., Suite 4200
Houston, Texas 77002
(713) 752-4200
(731) 752-4221 (fax)

ATTORNEYS FOR DEFENDANT CROSS OIL REFINERY & MARKETING CO., INC.

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Defendants' Reply to Court Ruling has been served upon counsel for Plaintiff Carmen Leyva, Mr. Miguel Salinas (17534750), Esq., Garza & Salinas, L.L.P., 680 E. St. Charles St., Suite 110, Brownsville, Texas 78520, by hand delivery, certified mail, return receipt requested, Federal Express and/or facsimile transmission, on this __18th__ day of October, 2000.

*Lionel M. Schooler*
_____
LIONEL M. SCHOOLER