IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

OCT 27 2000

Michael N. Milby
Clerk of Court

| | |
|---|---|
| CARMEN LEYVA § | |
|     Plaintiff § | |
| § | |
| vs. § | CIVIL ACTION NO. B-00-045 |
| § | (COURT UNIT OF JUDGE TAGLE) |
| CROSS OIL REFINERY & MARKETING § | |
| CO., INC. § | |
|     Defendant § | |

## PLAINTIFF CARMEN LEYVA'S INITIAL DISCLOSURES

TO: Defendant Cross Oil Refinery & Marketing Co., Inc., through its attorney of record, Lionel M. Schooler, Jackson Walker L.L.P., 1100 Louisiana Street, Suite 4200, Houston, Texas 77002.

COMES NOW Plaintiff Carmen Leyva and makes these initial disclosures as required by Federal Rule of Civil Procedure 26 (a)(1).

### A. Individuals with Discoverable Information

1. The name, address, and telephone number of individuals likely to have discoverable information relevant to disputed facts alleged in the pleadings include:

Carmen Leyva
26048 Altas Palmas
Harlingen, TX 78552
956/412-2624
Plaintiff in this cause. Will testify regarding the facts and circumstances of her hiring and subsequent termination.

Marcel Vasquez
Will Supplement
Former employer of the Plaintiff. Will testify regarding her work status at her previous employer.

Denny McConathy
484 East 6th Street
Smackover Arkansas 71762
870/725-3611

Billy Neal
484 East 6th Street
Smackover Arkansas 71762
870/725-3611

Tom Moore
484 East 6th Street
Smackover Arkansas 71762
870/725-3611

The above listed individuals were involved in the hiring and termination of Plaintiff.

Sergio Moreno
Will Supplement
Male who replaced Ms. Leyva.

Janet Chenowenth
P.O. Box 105
Smackover, Arkansas 71762
501/725-3611

Petey (LNU)
P.O. Box 105
Smackover, Arkansas 71762
501/725-3611

The above listed individuals worked for Defendant company and are aware of the disparate treatment the Plaintiff received compared to the male who replaced her.

## B. RELEVANT DOCUMENTS & TANGIBLE THINGS

2. The following is a list of documents, and tangible things in Plaintiff's possession, custody or control that she believes are relevant to disputed facts alleged with particularity in the pleadings.

   a.   8/18/98 Contract of employment between the parties.
   b.   6/23/99 EEOC/TCHR Intake Questionnaire
   c.   8/23/99 Charge of Discrimination
   d.   Notice of Right to File a Civil Action

## C. INFORMATION RELATED TO CALCULATION OF DAMAGES

3. The following is information related to the calculation of Damages.

Plaintiff's economic damages may be calculated by taking her annual salary and benefits times the number of years until Plaintiff's retirement age.

The Plaintiff cannot place a value on the mental anguish and emotional distress caused by the discriminatory conduct of the Plaintiff and will leave that to the jury's discretion. However, damages are capped by statute.

The Plaintiff is entitled to attorney's fees. The hourly fee charged by the attorney is $150/hr. The amount of attorney's fees will be based on the number of hours spent in prosecuting this claim.

### D. INSURANCE

4. The Plaintiff does not have any insurance that may be applicable in this case.

Respectfully submitted,

GARZA & SALINAS, L.L.P.
ATTORNEYS AT LAW
680 E. St. Charles, Suite #110
Brownsville, Texas   78520
(956) 574-9502   Telephone
(956) 574-9506   Telefax

BY: _____
MIGUEL SALINAS
State Bar No. 17534750
Federal I.D. No. 15171

ATTORNEY FOR PLAINTIFF
CARMEN LEYVA

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Plaintiff's Rule 26 Disclosures has been served upon Defendant Cross Oil Refinery & Marketing through its attorney of Record Lionel M. Schooler Jackson Walker L.L.P., 1100 Louisiana Street, Suite 4200, Houston, Texas 77002, via certified mail, return receipt requested on this 27th day of October 2000.

_____
MIGUEL SALINAS