United States District Court
Southern District of Texas
FILED

NOV 0 2 2000

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| CARMEN LEYVA<br>　　　Plaintiff | §<br>§<br>§ |
| vs. | § CIVIL ACTION NO. 00-45<br>§ (COURT UNIT OF JUDGE TAGLE) |
| CROSS OIL REFINERY & MARKETING<br>CO., INC.<br>　　　Defendant | §<br>§<br>§ |

# DEFENDANT'S RENEWED MOTION FOR SANCTIONS FOR FAILURE TO COMPLY WITH COURT'S ORDER

DEFENDANT CROSS OIL REFINERY & MARKETING CO., INC. ("Cross Oil") files this Renewed Motion for Sanctions for Failure to Comply with Court's Order of October 18, 2000 ("October 18 Order") as follows:

## I. MOTION FOR SANCTIONS

1. Cross Oil filed its Motion for Sanctions for failure to make Disclosures under FED.R.CIV.P. 26 on or about September 22, 2000.

2. Cross Oil received no reply to its Motion.

3. At the same time, Cross Oil filed another motion, pertaining to the failure of Plaintiff to amend her complaint to comply with this Court's prior Order about her fraud allegations and with FED.R.CIV.P. 9.

## II. OCTOBER 18 ORDER

1. This Court entered the October 18 Order. One of its rulings was that Plaintiff was

"**ORDERED** to submit its initial disclosures within ten (10) days of the entry of this order; otherwise, the Court will not hesitate to consider a motion for sanctions."

October 18 Order at 1 (Original Emphasis).

2.  As of the day this Renewed Motion is being drafted, Cross Oil has received no response to the October 18 Order.

3.  In another ruling in the October 18 Order, the Court indicated that the second Motion filed by Cross Oil -- concerning the Plaintiff's fraud claim -- was "moot" because Plaintiff had subsequently filed a "First Amended Complaint on August 31, 2000" in compliance with the Court's July 28, 2000 Order, omitting any fraud claim.

## III. NO SERVICE OF FIRST AMENDED COMPLAINT

1.  Upon receiving the October 18 Order, Cross Oil filed with the Court a "Reply to the Order."

2.  In this Reply, Cross Oil apologized to the Court for having filed the subject Motion as to the fraud claims, explaining to the Court that it was unaware of the "mootness" issue until receiving the October 18 Order because the First Amended Complaint may have been filed with the Court, *but it was never served by Plaintiff upon Cross Oil*.

3.  Cross Oil even went so far as to request proof of service from the office of Plaintiff's counsel.[1]

## IV. STATUS OF COMPLIANCE WITH OCTOBER 18 ORDER

1.  As indicated above, as of November 1 (the date this pleading is being drafted), Cross

---

[1] Undersigned counsel directed his secretary, Ms. Carol Perkins, on October 19, 2000, the day after receiving the October 18 Order, to contact the office of Plaintiff's counsel to request a copy of any "green card" or any other such proof of service concerning the First Amended Complaint. Ms. Perkins did so. Neither Ms. Perkins nor undersigned counsel has received any reply to this request. Undersigned counsel thus submits that the pleading in question was never properly served.

Oil has received no document from Plaintiff containing "Rule 26 Disclosures" or any other proof of Plaintiff's compliance with the Court's October 18 Order.

2.  The response was due to be filed by Monday, October 30 (the first business day after the ten days specified in the October 18 Order). Late on Tuesday, October 31, undersigned counsel's secretary contacted the Clerk of the Court, and was informed that a document entitled "Disclosures" had been filed by Plaintiff's counsel with the Clerk on Friday, October 27, 2000.

3.  It is not clear whether such document bears a certificate of service, but as of this writing, no such pleading or other proof of compliance with the October 18 Order has been served upon Cross Oil.

4.  Therefore, Cross Oil renews its request for sanctions as set forth in its original motion, and requests that it be reimbursed for having had to file the motion, and that it also be reimbursed for having had to file this renewed motion.

DATED this 1st day of November, 2000.

Respectfully submitted,

JACKSON WALKER, L.L.P.

*Lionel M. Schooler*
LIONEL M. SCHOOLER (17803300)
Federal Bar No.: 726
RICHARD GRIFFIN (08473520)
Federal Bar No.: 12880
1100 Louisiana St., Suite 4200
Houston, Texas 77002
(713) 752-4200; (713) 752-4221 (fax)

ATTORNEYS FOR DEFENDANT CROSS OIL REFINERY & MARKETING CO., INC.

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Defendants' Renewed Motion for Sanctions has been served upon counsel for Plaintiff Carmen Leyva, Mr. Miguel Salinas (17534750), Esq., Garza & Salinas, L.L.P., 680 E. St. Charles St., Suite 110, Brownsville, Texas 78520, by hand delivery, certified mail, return receipt requested, Federal Express and/or facsimile transmission, on this 1st day of November, 2000.

                                      */s/ Lionel M. Schooler*
                                      LIONEL M. SCHOOLER