29

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION



United States District Court
Southern District of Texas
ENTERED

MAY 1 0 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| CARMEN LEYVA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-00-45 |
| | § | |
| CROSS OIL REFINERY AND | § | |
| MARKETING CO., INC. | § | |
| | § | |
| | § | |
| Defendant. | § | |

## ORDER

BE IT REMEMBERED that on May 9, 2001, the Court considered Defendant's Motion to Dismiss Statutory Claims [Dkt. No. 26], Plaintiff's Opposition thereto [Dkt. No. 27], and the Defendant's Reply [Dkt. No. 28]. The Parties are hereby **ORDERED** to appear before this Court on June 18, 2001 at 2:30 p.m. for a hearing to discuss the merits of Defendant's motion. The Plaintiff is also hereby put on **NOTICE** that the Court will consider imposing sanctions at such time in connection therewith.

DONE at Brownsville, Texas, this 9th day of May 2001.

Hilda G. Tagle
United States District Judge