32

| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

United States District Court
Southern District of Texas
ENTERED

JUN 2 2 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

CARMEN LEYVA §
§
§
versus § CIVIL ACTION: B: 00-45
§
§
CROSS OIL REFINERY, et al §

## Order Setting Teleconference

A telephone conference is hereby scheduled for *June 28, 2001 at 10:00 a.m.* The Case Manager will initiate the call at this time. All counsel must be on standby until called.

Signed on _June 22_, 2001 at Brownsville, Texas.

HILDA G. TAGLE
UNITED STATES DISTRICT JUDGE