33

| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

United States District Court
Southern District of Texas
ENTERED

JUL 0 5 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

CARMEN LEYVA §
§
versus § CIVIL ACTION B-00-45
§
CROSS OIL REFINERY, et al §

### Order Re-Setting Docket Call and Jury Selection

1. Joint pretrial order is due on: __9-19-01__
   *Plaintiff is responsible for filing the pretrial order on time.*

2. The docket call and final pretrial conference has been reset for 1:30 p.m. on: __10-4-01__

3. Jury selection is reset for 9:00 a.m. on: __10-9-01__
   *The case will remain on standby until tried.*

4. Each party shall appear by an attorney with full knowledge of the facts and authority to bind the client.

Signed __July 5__, 2001 at Brownsville, Texas.

Hilda G. Tagle
United States District Judge