34

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

July 5th 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| CARMEN LEYVA, | § | |
| Plaintiff, | § § § | |
| v. | § § | CIVIL ACTION NO. B-00 45 |
| CROSS OIL REFINERY AND MARKETING CO., INC. | § § § § | |
| Defendant. | § § | |

## ORDER

BE IT REMEMBERED that on June 28, 2001, in the interest of justice the Court **RESCINDED** its $2,500.00 **SANCTION** against Plaintiff's counsel.

DONE at Brownsville, Texas, this 28th day of June 2001.

Hilda G. Tagle
United States District Judge