United States District Court
Southern District of Texas
ENTERED
AUG 24 2001
Michael N. Milby, Clerk of Court
By Deputy Clerk

36

| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |

CARMEN LEYVA                §
                            §
                            §
*versus*                    §     CIVIL ACTION  B-00-45
                            §
CROSS OIL REFINERY, et al   §

## Order Re-Setting Docket Call and Jury Selection

1. The docket call and final pretrial conference has been reset for 9:00 a.m. on:     10/9/01

2. Jury selection is reset for 1:30 p.m. on:     10/9/01
   *The case will remain on standby until tried.*

3. Each party shall appear by an attorney with full knowledge of the facts and authority to bind the client.

Signed  August 24 , 2001 at Brownsville, Texas.

Hilda G. Tagle
United States District Judge