37

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

SEP 1 3 2001

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| CARMEN LEYVA | § | |
|     Plaintiff | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. B-00-045 |
| | § | (COURT UNIT OF JUDGE TAGLE) |
| CROSS OIL REFINERY & MARKETING | § | |
| CO., INC. | § | |
|     Defendant | § | |

### AGREED MOTION TO EXTEND DEADLINE TO FILE JOINT PRETRIAL ORDER

**COMES NOW** Plaintiff CARMEN LEYVA, and Defendant CROSS OIL REFINERY & MARKETING CO., INC. and files this Agreed Motion to Extend Deadline to File Joint Pretrial Order, and in support would show the Court as follows:

    1. The Joint Pretrial Order is currently due on September 19, 2001. The case is set for docket control and final pretrial conference on October 4, 2001, with jury selection on October 9, 2001.

    2. The Parties are asking the Court to extend the deadline to file the Joint Pretrial Order until September 28, 2001, because the parties are currently engaged in settlement talks and do not want to incur unnecessary litigation costs.

    3. In addition, lead counsel for Defendant, Lionel Schooler will begin observances of Rosh Hashanah on September 17, 2001 through September 19, 2001 and Yom Kippur on September 26 and 27.

    4. Attorneys for all parties agree to this continuance and have signed this agreement personally or by permission.

    5. This request to extend the deadline to file the Joint pretrial order will not delay the trial and is being made for the purpose that justice may be served.

Respectfully submitted,
GARZA & SALINAS
ATTORNEYS AT LAW

BY: _____
MIGUEL SALINAS
Attorney in charge
FEDERAL I.D. NO. 15171
STATE BAR NO. 17534750
680 E. St. Charles Ste. 110
Brownsville, Texas 78520
956/574-9502 Telephone
956/574-9506 Telefax


JACKSON WALKER, L.L.P.
ATTORNEYS AND COUNSELORS

BY: _____ (by permission)
LIONEL SCHOOLER
Attorney in charge
FEDERAL I.D. NO. 726
STATE BAR NO. 17803300
1100 Louisiana St., Ste 4200
Houston, TX 77002
713/752-4200 Telephone
713/752-4221 Telefax

ClibPDF - www.fastio.com