38

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

SEP 1 4 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| CARMEN LEYVA<br>　　Plaintiff | § § § | |
| vs. | § § | CIVIL ACTION NO. B-00-045<br>(COURT UNIT OF JUDGE TAGLE) |
| CROSS OIL REFINERY & MARKETING<br>CO., INC.<br>　　Defendant | § § § | |

### ORDER ON AGREED MOTION TO EXTEND DEADLINE TO FILE JOINT PRETRIAL ORDER

On **Sept. 13**, 2001, the Court considered the party's Agreed Motion to Extend Deadline to File Joint Pretrial Order. After considering the motion and the response, the Court:

GRANTS the motion and extends the deadline to file Joint pretrial order until September 28, 2001.

~~DENIES the motion.~~

SIGNED on **September 13**, 2001

_____
U.S. DISTRICT JUDGE

APPROVED & ENTRY REQUESTED

_____
MIGUEL SALINAS

_____ (by permission)
LIONEL SCHOOLER