39

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

SEP 2 5 2001

Michael N. Milby
Clerk of Court

| | |
|---|---|
| CARMEN LEYVA § | |
| Plaintiff § | |
| § | |
| vs. § | CIVIL ACTION NO. B-00-045 |
| § | (COURT UNIT OF JUDGE TAGLE) |
| CROSS OIL REFINERY & MARKETING § | |
| CO., INC. § | |
| Defendant § | |

## SECOND AGREED MOTION TO EXTEND DEADLINE
## TO FILE JOINT PRETRIAL ORDER

**COMES NOW** Plaintiff CARMEN LEYVA, and Defendant CROSS OIL REFINERY & MARKETING CO., INC. and files this Second Agreed Motion to Extend Deadline to File Joint Pretrial Order, and in support would show the Court as follows:

1. The Joint Pretrial Order is currently due on September 28, 2001. The case is set for docket control, final pretrial conference and jury selection on October 9, 2001.

2. The Parties request the Court to extend the deadline to file the Joint Pretrial Order until October 5, 2001, because the parties are currently engaged in settlement talks and do not want to incur unnecessary litigation costs.

3. Additionally, lead counsel for Defendant, Lionel Schooler has a religious observance on the afternoon of September 26 and all day September 27.

4. Counsel for the parties agree to this continuance and have signed below personally or by permission.

5. This Second Request is being made not to delay the trial but for the purpose that justice may be served.

DATED this 25th day of September, 2001.

Respectfully submitted,
GARZA & SALINAS
ATTORNEYS AT LAW

BY: /s/ Miguel Salinas
MIGUEL SALINAS
Attorney in charge
FEDERAL I.D. NO. 15171
STATE BAR NO. 17534750
680 E. St. Charles Ste. 110
Brownsville, Texas 78520
956/574-9502 Telephone
956/574-9506 Telefax


JACKSON WALKER, L.L.P.
ATTORNEYS AND COUNSELORS

BY: /s/ Lionel Schooler (by perm)
LIONEL SCHOOLER
Attorney in charge
FEDERAL I.D. NO. 726
STATE BAR NO. 17803300
1100 Louisiana St., Ste 4200
Houston, TX 77002
713/752-4200 Telephone
713/752-4221 Telefax

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| CARMEN LEYVA | § | |
|     Plaintiff | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. B-00-045 |
| | § | (COURT UNIT OF JUDGE TAGLE) |
| CROSS OIL REFINERY & MARKETING | § | |
| CO., INC. | § | |
|     Defendant | § | |

## ORDER ON AGREED MOTION TO EXTEND DEADLINE TO FILE JOINT PRETRIAL ORDER

On _____, 2001, the Court considered the party's Second Agreed Motion to Extend Deadline to File Joint Pretrial Order. After considering the motion, the Court:

GRANTS the motion and extends the deadline to file Joint pretrial order until October 5, 2001.

DENIES the motion.

SIGNED on _____, 2001

_____
U.S. DISTRICT JUDGE

APPROVED & ENTRY REQUESTED

_/s/ Miguel Salinas_____
MIGUEL SALINAS

_/s/ Lionel Schooler (by perm)_____
LIONEL SCHOOLER