40

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

SEP 26 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| CARMEN LEYVA, | § |
| Plaintiff, | § |
| v. | § CIVIL ACTION NO. B-00-45 |
| CROSS OIL REFINERY AND MARKETING CO., INC. | § |
| Defendant. | § |

ORDER

BE IT REMEMBERED that on September 25, 2001, the Court, having considered the Second Agreed Motion to Extend Deadline to File Joint Pretrial Order submitted by the parties, hereby GRANTS the Motion and extends the deadline for filing the Joint Pretrial Order to October 1, 2001.

DONE at Brownsville, Texas, this 25th day of September 2001.

_____
Hilda G. Tagle
United States District Judge