

United States District Court
Southern District of Texas
FILED

OCT 0 1 2001

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| CARMEN LEYVA, Plaintiff | § | |
| | § | CIVIL ACTION NO. B-00-045 |
| v. | § | (COURT UNIT OF JUDGE TAGLE) |
| | § | |
| CROSS OIL REFINERY & | § | |
| MARKETING CO., INC., Defendant | | |

## STIPULATION OF DISMISSAL

PLAINTIFF CARMEN LEYVA and DEFENDANT CROSS OIL REFINERY & MARKETING CO., INC. file pursuant to FED.R.CIV.P. 41 this Stipulation of Dismissal. The parties have compromised and settled all matters at issue in this lawsuit pursuant to their written agreement and, in accordance with such agreement, request that the Court dismiss this lawsuit WITH PREJUDICE to its being refiled, with each side to bear its or her own costs of court and attorney's fees.

DATED this 1st day of October, 2001.

3009267v1

Respectfully submitted,

GARZA & SALINAS

*/s/ Miguel Salinas/*

MIGUEL SALINAS
Federal ID No. 15171
State Bar No. 17534750
803 Old Port Isabel Road
Brownsville, Texas 78521
(956) 550-1115
(956) 550-1134 (fax)
ATTORNEYS FOR PLAINTIFF
CARMEN LEYVA

JACKSON WALKER, L.L.P.

*/s/ Lionel M. Schooler (by perm)*

LIONEL M. SCHOOLER (17803300)
Federal Bar No.: 726
State Bar No. 17803300
1100 Louisiana St., Suite 4200
Houston, Texas 77002
(713) 752-4200; (713) 752-4221 (fax)

ATTORNEYS FOR DEFENDANT CROSS
OIL REFINERY & MARKETING CO.,
INC.

3009267v1