42

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| CARMEN LEYVA, | § | |
| Plaintiff, | § | |
| v. | § | CIVIL ACTION NO. B-00-45 |
| CROSS OIL REFINERY AND MARKETING CO., INC. | § | |
| Defendant. | § | |

## ORDER

BE IT REMEMBERED that on October 2, 2001, the Court considered the Parties' Stipulation of Dismissal [Dkt No.    ].

1. The Court, having been advised by counsel that a settlement has been reached, dismisses this case with prejudice. All Parties shall bear their own costs.

2. The Court retains jurisdiction to enforce the settlement. Kokkonen v. Guardian Life Ins. Co. of America, 511 U.S. 375, 380 (1994).

DONE at Brownsville, Texas, this 2d day of October 2001.

_Hilda Tagle_
Hilda G. Tagle
United States District Judge